## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| DR. REV. KAMEL K. ROY,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> UNTED STATES OF AMERICA    ) <br> and UNITED NATIONS         ) <br> ORGANIZATION,              ) <br> ) <br> Defendants.           ) | Case No. 08-4041 |

## ORDER

Before the Court is Plaintiff Dr. Rev. Kamel K. Roy's Motion for Leave to Proceed In Forma Pauperis [#1].  For the reasons set forth below, this Motion is GRANTED. However, this matter is DISMISSED as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

### DISCUSSION

Title 28 U.S.C. § 1915 allows any person to commence a civil action without the prepayment of fees if the person is unable to pay those fees.  28 U.S.C. § 1915(a)(1).

Roy submitted an Application to Proceed without Prepayment of Fees and Affidavit.  It appears from the partially illegible notations on the application that Roy has monthly income of $545.00 from the Social Security Administration and, possibly, other income totaling $143.00.  On these facts, Roy establishes that his is unable to pay court fees.

However, the Court's inquiry does not end with a finding of indigence. The Court must dismiss the case if it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2). A lawsuit is not frivolous unless the plaintiff "can make no rational argument in law or fact to support [his] claims for relief." *Corgain v. Miller*, 708 F.2d 1241, 1247 (7th Cir. 1983).

Additionally, Rule 8 of the Federal Rules of Civil Procedure requires that any complaint must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a). "Each averment of a pleading shall be simple, concise, and direct." Fed. R. Civ. P. 8(e)(1).

Here, the twenty-one page pleading includes court documents with illegible and illogical handwritten notations and other documents that appear entirely unrelated to any cognizable legal claim. The filing also includes portions of an order from a different district court dismissing complaints as frivolous. Even with the most liberal reading of the complaint, this pleading fails to comply with the minimal pleading requirements set forth in Rule 8(a).

Another court in this district recently dismissed a similarly incoherent complaint as frivolous and without merit. *Roy v. All State Boards of Election*, Case No. 07-cv-4047 (C.D. Ill. Aug. 21, 2007). Additionally, this Court dismissed a similar complaint as frivolous and malicious. *See Roy v. George W. Bush and Dick Cheney*, Case No. 08-04005, 2008 WL 254368 (C.D. Ill. January 30, 2008).

This Court finds that Roy's Complaint fails to state a legal claim, is frivolous, and fails to comply with Rule 8 of the Federal Rules of Civil Procedure. Accordingly,

because the Court can discern no arguably cognizable claims from Roy's pleadings, the Court has no choice but to dismiss the Complaint.

## CONCLUSION

For the reasons set forth herein, the Motion for Leave to Proceed In Forma Pauperis [#1] is GRANTED for the limited purpose of this Order.  This matter is DISMISSED as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and for failure to conform to Rule 8(a) of the Federal Rules of Civil Procedure.  This matter is terminated.

ENTERED this 28th day of August, 2008.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge